SCANNED at WVCF and Emailed on
7-27-23 by NB · 24 pages.
(date)    (initials)    (num)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

Anthony Martin,
        Plaintiff,

vs.

Sergeant Simmerman, et al
        Defendant,

(Enter above the full name of the
Defendant(s) in this action.)

Case No.: 2:23-cv-00385-MPB-MG
(TO BE SUPPLIED BY THE CLERK)

**FILED**

**07/27/2023**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## COMPLAINT

### I. PARTIES

The names and addresses of each plaintiff and defendant are as follows:

A. Plaintiff:

Name    Anthony Martin

Identification Number    945288

Address    P.O. Box 1111
CARLISLE, IN. 47838

B. Defendant(s)

(1) Name    Sgt. Simmerman

Title    Sergeant / Correctional Officer

Address    6908 South Old U.S. Hwy 41
CARLISLE, IN. 47838

(2) Name    Mark Smith, Sr.

Title    Sergeant / Correctional Officer

Address    6908 South Old U.S Hwy 41
CARLISLE, IN. 47838

(1)

BK3

\* DEFENDANTS \*

(3) Lt. Christophee Holcomb
6908 south oid U.S. HWY 41
Carlisle, In. 47838

(4) Major Russell
6908 South OID U.S. HWY 41

(5) Officer Loridan
6908 South OID U.S. HWY 41

(6) Officer Chesterfield
6908 South OID U.S. HWY 41

(7) Officer Steffey
6908 South OID U.S. HWY 41

(8) Nurse power
6908 south OID U.S. HWY 41

(9) Nurse ████ (unknown)
6908 south OID U.S. HWY 41

(10) Mrs. Coakley
6908 south OID U.S. HWY 41

(11) Tawni Templeton
6908 south OID U.S. HWY 41

(12) Centurion Health of Indiana
6908 South OID U.S. HWY 41
Carlisle, In. 47838

(13) Armark Correctional food services / supervisor Bedwell
supervisor Butler
[Address is unknown to plaintiff]
6908 south OID U.S. HWY 41
Carlisle, In. 47838

(14) Nurse M. Corrigan
6908 South OID U.S. HWY 41
Carlisle, In. 47838

(15) Nurse Bubie Riggs
6908 south OID U.S. HWY 41
Carlisle, In. 47838

(16) Mike Ellis
[ Legal Liaison ]
6908 south OID U.S. HWY
Carlisle, In. 47838

(17) Frank Vanhel
6908 south OID U.S. HWY 41
Carlisle, In. 47838

(18) Ass. Warden Gilmore
6908 south OID U.S. HWY 41

(19) Carlisle, In. 47838
Ass. warden Virdine
6908 south OID U.S. HWY 41
Carlisle, In. 47838

(20) Captain Voight child
6908 south OID U.S. HWY 41
Carlisle, In. 47838

Name _____

Title _____

Address _____

_____

(Identify additional plaintiffs and defendants on a separate sheet of paper using this same outline)

## II.    STATEMENT OF JURISDICTION AND PREVIOUS LAWSUITS:

Jurisdiction over this action exists in the United States District Court for the Southern District of Indiana because This is a civil action authorized by 42 U.S.C. section 1983 to redress the deprivation under color of state law, and rights secured by U.S. constitution. The court has jurisdiction under 28 U.S.C. section 1331 and 1343. This court also has supplemental jurisdiction of plaintiff's state law claim pursuant to 28 U.S.C. § 1367. This court is appropriate venue under 28 U.S.C. section 1391.

If the same facts alleged or claims made in this suit have been previously presented to any other state or federal court in an earlier suit, for each such earlier suit identify the parties, the Court in which it was filed, the docket number assigned to the suit, the status of such earlier suit, (for example: pending, dismissed, set for trial, on appeal, etc.). and the nature of the disposition if the earlier case is closed.

None

_____

_____

_____

_____

_____

## IV.    CAUSE OF ACTION

State which of your constitutional or federal rights, privileges or immunities have been violated and summarize in one or two sentences <u>what the defendant(s) did to violate your rights in that regard.</u>  If you are claiming that more than one of your constitutional rights were violated, use a separate paragraph (ground) for each right, privilege or immunity which was violated.  If you have more than three (3) grounds, identify them in a separate attached piece of paper.

BK3

3

Ground 1: (a) DELIBERATE Indifference

(b) Intentional and emotional Distress

Ground 2: 8th amendment [cruel and unusual punishment]

Ground 3: (a) 1st amendment Retaliation

(b) 14th amendment Due process

(Identify additional grounds on a separate sheet of paper)

## V. STATEMENT OF FACTS

State here the FACTS of your case. You should outline both the facts on which your suit is based and the particular role of each defendant in those circumstances.

BK3

④

Ground 4: 4th amendment [ unlawful search ]

Ground 5: STATE law battery / Assault

Ground 6: Denial of medical treatment / negligence

Ground 7: Failure To Intervene / Act

Ground 8: FRAUD / FALSE charges

Ground 9: sexual misconduct / PREA [ unwanted sexual advance ]

Ground 10: [ monell claim ] unconstitutional policies

# * STATEMENT OF FACTS *

1.) On JUNE 30, 2022 plaintiff had a medical [ tele-site ] online visit from A Centurion Health provider which At the End of the session plaintiff was forcefully grabbed by sgt. smith, sr. And sgt. simmerman.

2.) plaintiff was not combative, nor was resisting the officers, but Asked them why he was being handled

Rough. Plaintiff was told to shut his mouth, which plaintiff was attempting to ask for a supervisor but before any words could get out plaintiff was shoved into the wall, and his head was pinned on the wall by sgt. Smith.

3.) Now inmates are required to be handcuffed with his hands behind his back and (2) two officers escort him, so plaintiff was defense-less to the unnecessary force.

4.) Plaintiff neck was in pain and felt as it was gonna snap, so plaintiff tried to adjust his neck when sgt. Summeman began to twist plaintiff's arms above his head creating extreme pain and sgt. Smith kneed plaintiff in his side with his knee.

5.) An unknown nurse came out of the [B-East] nurse station and the assault stopped. Plaintiff was then lead to his cell, before the handcuffs was taken off sgt. Summeman smacked plaintiff on the back of his neck, and told plaintiff next time you listen little fucker. Sgt. Smith said you might want to put some ice on your neck and they both walked off laughing.

6.) On August 29, 2022 water was coming from the cell several doors down from where plaintiff resided [B-East 600 Range #603] which the water was shut off. Sgt. Smith, Sgt. Summeman and C/o Rhodes

was on the range, which plantiff requested that
some one clean the water up or get a detail worker
[ An offender who's job in special housing unit was to clean ]

7.)   Sgt. Smith stated that he don't take any orders
from no "inmate", which C/O Robidet and Sgt. Simmerman
started to play in the water like little kids and
started kicking the water towards plantiff's cell.

8.)   All three of them finally walked off the range,
and stated "Its not our problem", Its ya'll got
to live in this mess and walked out laughing.

9.)   The water was filled with feeces and urine, and
had toliet was floating in it. The water was
left on the floor since the morning time that
pipe busted until later that night. The food cart
was pushed through it, the case worker / case manager
walked through it to collect legal mail, the nurses
walked through it to pass out medication. It wasn't
until plantiff got on the phone and had his family
call the facility and report inhumane conditions.

10.)   Plantiff filed a grievance about the situation, which
Tawni Templeton and Mrs. Coakley [ grievance specialist ]
rejected and returned his grievance. Plantiff re-submited
his grievance which no "relief" was offered, stating
that its not up to plantiff when the water was
cleaned up, and the officers had other important
issue to deal with besides cleaning up water.

11.) on or about September 22, 2022 C/o Roridan, Sgt. Smith, Sgt. Simmerman and C/o Steffey was working which C/o Steffey was passing out food trays and he told me that C/o Roridan told him to give me the tray. I told him no and to give me another tray, which he told me no.

12.) I asked to speak to a supervisor, which Sgt. Smith and Sgt. Simmerman came to my cell and ask me what was the problem. I told them that I don't want anything extra from them, but to replace my tray.

13.) Sgt. Simmerman walked off and told C/o Roridan to bring him a tray and he did and another tray was brought to me. I began eating the tray and I immediately began to feel ill, nausea, and dizzy.

14.) I stopped eating the food and began to examine the food, which it had a pink-ish color that was in the bottom of the food. I began calling for a supervisor and medical attention.

15.) I was denied medical attention by Sgt. Smith, Sgt. Simmerman, C/o Roridan and C/o Steffey.

16.) Several hours later nurse Power was delivering medication which I stopped him and told him my symptoms that I was feeling, and he stated that sounds like food poisoning, or something of that sort. He told me that he would check to see if I could be pulled out.

17.) Him and a unknown nurse said they they can't pull me

⑧

And said that "custody" refused me, stating that it was shortage of staff. Nurse M. Corrigan and nurse Bobbie Riggs will schedule a follow-up, but don't be surprised because Centurion has policies that if its not an ~~emergency~~ emergency they don't have to take priority of the matter. And would be later scheduled,

18.) Plaintiff was seen several days later, and was told to drink extra fluid, because its nothing can be done for it.

19.) Plaintiff filed a grievance about the matter and on September 26, 2022 plaintiff was retaliated on by sgt smith, sgt simmcenns and c/o roberts.

20.) On 9-26-2023 plaintiff was told to cuff-up by sgt simmcenns and c/o roberts and that the nurse need to see him. Upon putting his hands behind his back and being lead out of his cell, plaintiff was taken to the B-east [600 range] bottom shower.

21.) Plaintiff was placed in the shower as c/o roberts, sgt simmcenns destroyed his cell. Plaintiff just seen black garbage being tossed from his cell by c/o roberts and sgt simmcenns to sgt smith who was at the end of the range participating with them.

22.) They was inside plaintiff's cell for over an hour, which plaintiff heard commotion as if they was moving the whole cell to a different range.

23.) IDOC has a search policy 02-03-101 as well as a confiscation form policy [state form 36030] that requires that all property confiscated or "seized" by the officers

be itemized, And logged As to inventory And of where its being held. None of this was done, NOR Any property being noted "seized" As to the search.

24.) plaintiff was lead back to his cell, which was in complete display. Family photo's torn, legal cases scattered And mixed up in a complete pile, case files And transcripts in the toilet, watch broken, medical glasses broken, head phones broken And "seized" personal property that was taken without Receipt of a confiscation form. When plaintiff turned on his T.V. the bottom of the screen was cracked And stand was broken.

25.) There was toothpaste written on the cell mirror stating this what ~~snitches~~ snitches get Mr. Martin with a smiley face.

26.) plaintiff called the Internal Affairs [OIF] tip-line and requested that someone come take photo's of the cell, plaintiff called his family which they talked to the warden secretary Mrs. Anderson who stated that the officers stated that they never took Any thing out of the cell. plaintiff talked to his case-manager Genithise for some one to take photo's, she said she noted it And made e-mails.

27.) After the incident plaintiff filed a grievance about the matter, which Mrs. Corkley, Tawnil Templeton And Mike Ellis "used" Affirmative misconduct" to prevent a thural investigation. plaintiff requested preservation on video footage And for someone to take photo's

which were denied, and plantiff sought to file a tort claim but was also denied because they stated that the officer did not take anything, but what was in the (5) five black garbage bags that were taken out of plantiff's cell. plantiff was circumvented his due process by prison officals affirmative misconduct, and of fraud.

28.) On October 5, 2022 sgt smith made unwanting sexual advances to plantiff within eyeshot of other offenders and caseworker Boothie. plantiff was humilated and had a mental health break down due to sexual abuse in his past. Sgt smith not only made sexual advances but reveled confidential information about plantiff's sexual assault in 2016 by another prison offical while plantiff was incarcerated at the Indiana state prison.

29.) plantiff contacted [O.I.A] Internal affairs and made a "PREA" complaint, and caseworker Boothie along with other offenders verified sgt smith's unwanting conduct.

30.) On October 20, 2022 plantiff was retaliated on, which sgt smith and sgt s.muncemal came on the range and shut off plantiff's water. Both of them began calling plantiff snitches and a rat for telling on their fellow officers and reporting them.

31.) Later that day during lunch they passed, C/o chesterfield stopped at plantiff's cell and told plantiff that sgt smith told him that he had to write plantiff up by the

End of his shift. C/o Chesterfield stated that he wasn't involved in shutting off plaintiff's water, but that he was called up in the [SHU] control and was told by Sgt Smith to write the fucker up.

32) Plaintiff did receive a conduct report that was falsified by C/o Chesterfield and Sgt Smith [Lihying to STAFF], which plaintiff challenged it through the DHB process and was found not guilty. Both of them placed plaintiff in a position that he was never to be placed in that later resulted in favor of plaintiff.

32.) The retaliation and harassment continued between these officers, which on November 21, 2022 Sgt Smith, Sgt Simmceint and C/o Roridst was ~~playing~~ playing with plaintiff's food and served all other inmates before plaintiff.

33.) Plaintiff is on a range of (12) twelve cells and his cell was #3, so to serve [All] other cells before plaintiff had to be calculated and intentional.

34.) C/o Roridst tried to serve plaintiff a tray without a lid, which plaintiff stated that he wanted one with a lid. So C/o Roridst took the tray back and while waiting on the tray, out of nowhere Sgt Simmceint ~~snuck~~ snuck up out of nowhere and shut the food slot on plaintiff's hand smashing plaintiff's fingers in the slot causing immidiate pain and injury to plaintiff.

(12)

35.) Plaintiff was requesting medical assistance, but was denied by Sgt Smith, Sgt. Summermat and C/o Rorudat.

36.) Plaintiff was not seen by medical untill week 1/2 later, which plaintiff put in multiple health care requests but was told by medical personnels that it was not considerate an "Emergency".

37.) On December 15, 2022 an offender on #600 range where plaintiff was housed was sprayed with o/c spray [pepper spray] by Sgt Summerman. Lt. Holcomb, major Russell Sgt Smith and C/o Rorudat was standing at the front of the Range. Plaintiff told them that he had asthma [breathing problem] and could not breathe.

38.) Major Russell and Lt Holcomb stated to spray him again and they sprayed cell #9 which is above plaintiffs cell. Plaintiffs still at his ▓ door told them he could not breathe, which C/o Rorudat and Sgt Smith turned off the water while Sgt Summerman sprayed again. [plaintiff could not drink or wash off the mist]

39.) The fumes of the o/c gas was so serious that [all] inmater was coughing and gagging and even some of the officers. plaintiff requested medical attention, which Lt. Holcomb and Sgt Summerman stated shut up muthafucka or you'll be the one we are spraying. [plaintiff complied because he didn't want to be sprayed]

40.) Plaintiff was denied medical attention and was "refused" to be taken out of his cell by major Russell, Lt Holcomb,

Sgt Smith, Sgt Simmerman, C/o Roberts and other unknown officers so that he could breathe. plaintiff had to lay in his cell and suffer the harsh conditions.

41.) This is the common norm of Wabash valley correctional facility and its prison officers, the O/c gas [fogger] is extreme and it effects every one. IDOC has a policy 02-01-113 "use of chemical agent", where a officer is suppose to have a 1 to 2 burst within seconds, but the officers bring a big can thats "used" in Riots and sometimes use the whole can on a individual that is "secure" behind a locked door.

42.) On December 23, 2023 C/o Roberts deliberately spit in plaintiff's tray and told him happy holidays, plaintiff filed a grievance about the issue.

43.) On January 25, 2023 Sgt. Smith failed to feed plaintiff which plaintiff filed a grievance about that issue.

44.) plaintiff contest that his series of events and ongoing harassment was over looked or swept under the rug. plaintiff made many request to warden vanihel, major Russel, Lt. Holcomb, Ass. warden Gilmore, Ass. warden Virdue, and captain voightchild as to the "moving" of the officers and or "remedy" to prevent future actions, but to do quail. plaintiff contest that these defendants failed to protect him, or turned a blind eye to the wrong doing and is responsible just as the officers.

respectfully

(14)

III. PLAINTIFF REQUEST A Jury triAl on [All]
trAible Issues /claims.

## VI. RELIEF

State exactly what relief or action you are requesting through this lawsuit.

Im seeking 2.2 million dollars jointly and or severly. For
compensatory damages. Im seeking 50,000.00 (Fifty thousand
dollars) in punitive damages from each custody officer, And
20,000.00 (twenty thousand dollars) in punitive damages from each
medical personel /staff. ~~_____~~ I Also seeking nominal damages
in favor of plaintiff, And Any costs and fees arising out
of this matter, And Any other futures cost or Relief accordingly..

## AFFIRMATION OF PLAINTIFF

I, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in this complaint and that I believe them to be true and correct to the best of my personal knowledge and belief.

Signed this _____13th_____ day of _____July_____, 2023.

_____
Plaintiff

(15)

BK3