UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ANTHONY MARTIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:23-cv-00515-JPH-MKK ) |
| SIMMERMAN Sergeant, *et al.*, | ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court now enters **FINAL JUDGMENT**. This action is **dismissed with prejudice**.

Date: 9/12/2025

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

ANTHONY MARTIN
945288
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only

Jacob Paul Zurschmiede
Office of Indiana Attorney General
Jake.Zurschmiede@atg.in.gov